

YAAKOV SAKS ▲■*
JUDAH STEIN ▲■
ELIYAHU BABAD ▲■
RAPHAEL DEUTSCH ∧
DAVID FORCE ▲■
NAKICHA JOSEPH ▲
MARK ROZENBERG ■
KENNETH WILLARD ▲■

▲ NJBar Admissions
 Admissions
ar Admission
 Admissions
M, TN, TX, WI

285 Passaic Street, Hackensack, NJ 07601 | tel:    .com

May 10, 2021

**Via CM/ECF**
The Honorable Philip M. Halpern
United States District Court
Southern District of New York

> Application granted. The case management conference scheduled for 5/17/2021 is adjourned to 5/25/2021 at 12:30 p.m. to be held via telephone. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         May 11, 2021

RE:     Wachsman v. Equifax Information Services, LLC et al
        Case No.: 7:20-cv-06161-PMH

Dear Judge Halpern:

Plaintiff submits this letter to respectfully request the adjournment of the Case Management Conference scheduled for May 17, 2021.  Plaintiff's counsel requests this adjournment based on the fact that the scheduled conference coincides with a Jewish holiday taking place on May 17th and 18th, during which he is religiously proscribed from work.

Plaintiff has reached out to counsel for Defendant Discover Bank, who has graciously consented to this request.  This is the first such request in this matter.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.